IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIM. NO. 12-00215-WS |
| | * | |
| JOHN ROBERT MCGHEE | * | |

## MOTION TO REVOKE CONDITIONS OF RELEASE

Comes now the United States, by and through the United States Attorney for the Southern District of Alabama, and respectfully moves the Court to revoke the defendant McGhee's conditions of release for the following reasons:

The defendant was allowed to remain on conditions of release pending sentencing in this matter. One of those conditions was that he not engage in any criminal activity in violation of federal, state or local law while on release.

The undersigned was notified by a Georgia Bureau of Investigation (GBI) Agent that the defendant was arrested yesterday, February 6, by the GBI in possession of thousands of stolen high-end ladies undergarments which he was attempting to sell.

Wherefore, the United States moves the Court to issue a warrant for the defendant's arrest and to revoke his conditions of release.

This 7th day of February 2013.

               Respectfully Submitted,

               KENYEN R. BROWN
               UNITED STATES ATTORNEY

               By: /s/ Deborah A. Griffin
               Deborah A. Griffin
               Assistant United States Attorney
               United States Attorney's Office
               63 South Royal Street, Suite 600
               Mobile, Alabama 36602

## CERTIFICATE OF SERVICE

 I hereby certify that on February 7, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record for the defendant.

               /s/ Deborah A. Griffin
               Deborah A. Griffin
               Assistant United States Attorney