# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | |
| **vs.** | * | **CRIMINAL NO.:** |
| | * | **1:12-CR-00215-01-WS** |
| | * | |
| **JOHN ROBERT MCGHEE** | * | |
| | * | |

## MOTION TO WITHDRAW AS COUNSEL AT DEFENDANT'S REQUEST

Comes Now Ash S. Joshi, the undersigned Counsel, and hereby files the following Motion to Withdraw as Counsel:

1.

On or about April 5, 2013, Defendant retained the services of Attorney Jana Harris. Attorney Harris will represent Defendant at the May 9, 2013 sentencing.

2.

On or about April 24, 2013, the undersigned Counsel received correspondence from Defendant in which Defendant wrote that he no longer wishes for the undersigned Counsel to represent him.

3.

Based on Defendant's explicit request and the fact that Defendant is represented by Ms. Harris, the undersigned Counsel respectfully requests this

Honorable Court to allow the undersigned Counsel to withdraw.  Counsel has sent a copy of this Motion to all interested parties.

Wherefore, the undersigned Counsel requests an Order allowing withdrawal as attorney of record.

Respectfully Submitted,

*/s/ Ashutosh Joshi*
Ashutosh Joshi
Georgia Bar No.: 405375
Attorney for Defendant

The Joshi Law Firm
66 Lenox Pointe, N.E.
Atlanta, GA 30324
404)968-2600, ext. 205 Direct
404)968-2614 facsimile
joshilawfirm@msn.com

## CERTIFICATE OF SERVICE

This is to certify that I have served the within and foregoing document upon counsel using the ECF filing system which will automatically send e-mail notification of such filing to opposing counsel:

>Deborah A. Griffin
>Assistant United States Attorney
>United States Attorney's Office
>63 South Royal Street, Suite 6000
>Mobile, Alabama 36602

This the 1st day of May, 2013.

>*/s/ Ashutosh Joshi*
>Ashutosh Joshi
>Georgia Bar No.: 405375
>Attorney for Defendant

The Joshi Law Firm
66 Lenox Pointe, N.E.
Atlanta, GA 30324
404)968-2600, ext. 205 Direct
404)968-2614 facsimile
joshilawfirm@msn.com