```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

JOHN ROBERT MCGHEE,            *
#12770-003                     *
                               *
    Petitioner,              *   CRIMINAL NO. 12-0215-WS-B
                               *   CIVIL ACTION NO. 14-226-WS-B
vs.                            *
                               *
UNITED STATES OF AMERICA,      *
                               *
    Defendant.               *

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that McGhee's Motion To Vacate, Set Aside, Or Correct Sentence under § 2255 (Doc. 61) be **DENIED** and that McGhee is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE** this 22nd day of February, 2017.

                                            **s/WILLIAM H. STEELE**
                                            **UNITED STATES DISTRICT JUDGE**