FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOHN ROBERT MCGHEE,** * | |
| **#12770-003** * | |
| * | |
| Petitioner, * | **CRIMINAL NO. 12-215-WS-B** |
| * | **CIVIL ACTION NO. 14-226-WS-B** |
| vs. * | |
| * | |
| **UNITED STATES OF AMERICA,** * | |
| * | |
| Defendants. * | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that McGhee's Motion To Vacate, Set Aside, Or Correct Sentence under § 2255 (Doc. 61) be **DENIED** and that McGhee is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE** this 22nd day of February, 2017.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**